UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEIDY AGUILON,<br><br>        Petitioner,<br><br>        v.<br><br>PATRICIA HYDE, Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, DONALD J. TRUMP, U.S. President<br><br>        Respondents. | Civil Action No. 25-13282-MJJ |

## MEMORANDUM OF DECISION AND ORDER

November 10, 2025

JOUN, D.J.

      Heidy Aguilon ("Aguilon" or "Petitioner") resides in Massachusetts and is not a citizen or native of the United States. [Doc. No. 1 at ¶¶ 1, 2]. On or about November 4, 2025, Aguilon was detained by ICE as part of a raid at an Allston car wash. [*Id*. at ¶ 3]. Aguilon petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

      In their Response to Habeas Petition, Respondents acknowledge that core questions of law in this case, and the challenges to the government's policy and practice, substantially overlap with those at issue in *Hilario Rodriguez v. Moniz,* 25-cv-12358 and *Inlago Tocago v. Bondi, et*

1

*al.*, No. 25-cv-12453. [Doc. No. 7 at 1, 3]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Aguilon is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is GRANTED. Respondents are ORDERED to provide Aguilon with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are ENJOINED from denying bond to Aguilon on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further ORDERED to file a status report within 24 hours of the bond hearing, stating whether Aguilon has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

/s/ Myong J. Joun
United States District Judge